# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MATTHEW ISHAM**                                                                                    **PLAINTIFF**

**v.**                          **Case No. 4:24-cv-00321-KGB-JJV**

**COMMISSIONER OF THE**
**SOCIAL SECURITY ADMINISTRATION**                                               **DEFENDANT**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 10). Plaintiff Matthew Isham has not filed any objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court approves and adopts the Proposed Findings and Recommended Disposition in its entirety as this Court's findings in all respects (*Id.*). Accordingly, the defendant Commissioner of the Social Security Administration's decision is affirmed, and this case is dismissed with prejudice.

It is so ordered this the 21st day of August, 2025.

_____
Kristine G. Baker
Chief United States District Judge